Antoinette Gary Mills, Esq. (SBN 113225)
AGM Law Offices
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Tel.: (408) 795-1515
Fax : (408) 795-1519
tonimills@agmlaw.com

Attorney for
Passage to India Restaurant;
Taneja Inc.

**GRANTED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD, | CIVIL CASE NO.: C 06-03911 |
| PLAINTIFF, | |
| VS. | |
| PASSAGE TO INDIA RESTAURANT; TANJEA, INC.; THRUST IV INVESTMENTS, LLC; AND DOES 1-25, INCLUSIVE | STIPULATION |
| DEFENDANTS. | |

PLAINTIFF ANDI MILLARD, represented by Paul L. Rein, Esq., and defendants Passage to India Restaurant and Taneja, Inc., represented by Antoinette Gary Mills, Esq.,

HEREBY STIPULATE AND AGREE that defendants Passage to India and Taneja. Inc., shall have an extension of time to file an answer (P&R) ~~a responsive pleading~~ in the above matter up to and including October 18, 2006.

It is further understood and agreed by the parties that this extension of time will not delay the prompt proceedings and resolution of this matter.

/ / /

AGM
LAW OFFICES
75 E. Santa Clara
Suite 290
San Jose, CA 95113
(408) 795-1515

STIPULATION

Page 1

| | |
|---|---|
| 1 | |
| 2 | AGM LAW OFFICES |
| 3 | |
| 4 | |
| 5  Dated: October 12, 2006 | *(signature)* |
| 6 | ANTOINETTE GARY MILLS, ESQ.<br>Attorney for Passage to India Restaurant;<br>Taneja, Inc. |
| 7 | |
| 8 | |
| 9 | |
| 10 | LAW OFFICES OF PAUL L. REIN |
| 11 | |
| 12 | |
| 13  Dated: October 16, 2006 | By *(signature)* |
| 14 | PAUL L. REIN, ESQ.<br>Attorneys for Andi Millard |

AGM
LAW OFFICES
75 E. Santa Clara
Suite 290
San Jose, CA 95113
(408) 795-1515

STIPULATION