1  KENNETH L. DZIESINSKI, Bar No. 092158
   BRAGG & DZIESINSKI
2  Embarcadero Center West
   275 Battery Street, Suite 1100
3  San Francisco, CA 94111
   (415) 273-6500
4  (415) 273-6535

5  Attorneys for Defendant,
   Thrust IV Investments LLC

**GRANTED**
*James Ware*
Judge James Ware
3/6/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD, | CASE NO. C06-03911 |
| Plaintiff, | **STIPULATION RE DISMISSAL** |
| vs. | |
| PASSAGE TO INDIA RESTAURANT; TANEJA, INC.; THRUST IV INVESTMENTS, LLC; AND DOES 1-25, INCLUSIVE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the undersigned parties, by and through their attorneys of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: 2/23/07

Andi Millard
Plaintiff

By: *Paul Rein*
Paul Rein
Attorney for Plaintiff

DATED: 2/20/07

Thrust IV Investments Inc.
Defendant

By: *Kenneth L. Dziesinski*
Kenneth L. Dziesinski
Attorneys for Defendant

1

1 | DATED: 2-6-07

2

3 | <u>Passage to India Restaurant; Taneja Inc.</u>
Defendants

By: _____
Antonette Gary Mills
Attorneys for Defendants

2
STIPULATION RE DISMISSAL